# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

SHELTON BEAMAN,

  vs.        CASE NUMBER: 9:12-CV-01625 DNH/ATB

BRUCE YELICH,
Superintendent, Bare Hill Correctional Facility.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED :** Pursuant to the Decision and Order of the Honorable David N. Hurd, United States District Court Judge, dated the 3rd day of April, 2014, that Defendant's motion to dismiss pursuant to Fed. R. Civ. P. 41(b) is GRANTED; Plaintiff's complaint is DISMISSED in its entirety.

DATED: April 3, 2014

ENTERED 4/3/2014
BY PTM

*Lawrence K. Baerman*
Clerk of Court

-S-
P.T. McBrearty
Deputy Clerk